UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>▮▮▮▮▮▮▮▮▮▮▮▮,<br>Geovany Enrique GARCIA-Garcia<br><br>               Defendants. | Magistrate Docket No. 25-mj-04539-BLM<br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1324(a)(1)(A)(ii) and (v)(I)<br>Conspiracy to Transport Illegal Aliens |

The undersigned complainant being, duly sworn, states:

On or about August 21, 2025, within the Southern District of California, defendants Geovany Enrique GARCIA-Garcia and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, with the intent to violate immigration laws of the United States, did knowingly and intentionally conspire with other persons known and unknown, to transport and move an illegal alien, namely Joana Celene MORA-Chavez, within the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(I).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
James T. Burns
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON AUGUST 22, 2025.

_____
HON. BARBARA L. MAJOR
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Geovany Enrique GARCIA-Garcia

## PROBABLE CAUSE STATEMENT

The complainant states that Joana Celene MORA-Chavez, is a citizen of a country other than the United States; that said alien has admitted that she is deportable; that her testimony is material, that it is impracticable to secure her attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

The United States Border Patrol, San Diego Sector (USBP SDC) identified ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮, based in Anaheim, CA, to be an individual who utilizes online ad platforms to recruit drivers and coordinate the transportation of undocumented aliens from the Brown field and Campo Border Patrol Station's Area of Responsibility (BRF/CAO AOR) to motels in and around the Orange County, CA areas for monetary gains. This investigation has attributed approximately 122 smuggling events to ▮▮▮▮▮▮▮ and his organization since November of 2023. It should be noted that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ is a Mexican national illegally present in the United States.

On May 22nd, 2025, Border Patrol Agent-Intelligence (BPA-I) J. Costello discovered a Craigslist advertisement that closely resembled the Craigslist ads posted by ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮ utilizing the cellular number XXX-XXX-4961 (hereinafter referred to as personal telephone number (PTN)-4961). BPA-I Costello contacted Homeland Security Investigations special agents (HSI SA) to inform them a subject investigating agents believed to be ▮▮▮▮▮▮▮ had posted on Craigslist requesting drivers. HSI Under Cover Agent (UCA) 124 attempted to contact the number after which they received the following text in Spanish describing the job expected (see below with English translation):

"buenas, el trabajo consiste en llevar gente de san diego a los angeles, tipo uber, cada viaje es de 2 a 3 personas siempre cambia, la gente se recoje en la carretera, se le mandan ubicaiones exactas cada trabajo, siempre en cada viaje llevan a alguien de encargo cuando ala gente, se paga $500 por cada persona solo el encargado NO se paga un ejemplo si lleva 2 y el encargado son $1000, si lleva 3 y el encargad9 son $1500, se trabaja 3 a 4 dias por semana, no ay una hr exacta para esto, se le avisa un dia antes para ver si esta disponible y ver si puede trabajar, si si puede ya se le avisa mas o menos a que hr tiene que estar listo pero NO va ver una hr exacta, se le avisara cuando ya se tiene que ir para san diego, se le dice por donde tiene que ir para que no pase ningun tipo de control "check point" se le pagara al llegar a los angeles al terminar el trabajo, donde llegue a dejar ala gente ahi se le pagara en cash, si interesa mande la foto de la troca, su registracion y su licencia, todo por whats app."

**CONTINUATION OF COMPLAINT:**

▮▮▮▮▮▮▮▮▮▮▮▮

**Geovany Enrique GARCIA-Garcia**

"Well, the job consists of taking people from San Diego to Los Angeles, Uber type, each trip is for 2 to 3 people, it always changes, people are picked up on the road, exact locations are sent for each job, always on each trip they take someone on assignment when the people, you pay $500 for each person, only the manager is NOT paid, an example if you have 2 and the manager is $1000, if you have 3 and the manager9 is $1500, He works 3 to 4 days a week, there is no exact hour for this, he is notified a day in advance to see if he is available and to see if he can work, if he can, he is more or less notified at what hour he has to be ready but he will NOT see an exact hour, he will be notified when he has to leave for San Diego, he is told where he has to go so that he does not pass any type of "check point" control, he will be paid when he arrives in Los Angeles at finish the work, wherever you leave the people there you will be paid in cash, if interested send the photo of the truck, your registration and your license, all via WhatsApp."

On June 5th, 2025, at approximately 7:55 AM, HSI UCA's contacted PTN-4961 and were told to stage near the Lowe's home improvement store in Eastlake, San Diego CA and await further instructions. At approximately 2:00 PM, HSI UCA's under the direction of Target PTN-4961 and a Mexico based cellular number, XXX-XXX-1210, drove into the eastern regions of San Diego, CA and successfully picked up two (2) subject who were discovered to both be undocumented aliens from Mexico after picking up the undocumented aliens HSI UCA's were sent $50.00 USD via CashApp for gas and water by a subject named Daniel TOLEDO. It should be noted, the names Daniel TOLEDO, Dani, Danny and Daniel are known monikers employed by ▮▮▮▮▮▮▮▮▮▮▮▮ when communicating with those under his employment.

On June 17th, 2025, investigating agents discovered another advertisement on Craigslist using the same vernacular used on the advertisement previously documented. However, this advertisement utilized the cellular number XXX-XXX-3467 (hereinafter referred to as PTN-3467).
Believing it to be ▮▮▮▮▮▮▮▮▮▮▮▮, agents contacted HSI UCA's to answer the advertisement and coordinate another pickup of undocumented aliens. Once UCA's made contact they were given a long text explaining what would be expected of the prospective driver. It should be noted, this text was the same text sent to HSI UCA's on May 22nd, 2025 documented above. Investigating agents believe this message was sent by the same subject as it had the same typos in both messages. One typo in particular is the use of the word "engargo" (English translation manager). In both messages sent by PTN-4961 and PTN-3467 the sender has the same typo using the number 9 instead of the "o" at the end of the word, "$1000, si lleva 3 y el encargad9".

CONTINUATION OF COMPLAINT:
Geovany Enrique GARCIA-Garcia

Agents attempted to pick people up multiple times at the behest of PTN-3467, but the smuggling organization was unable to cross aliens across the international boundary to be picked up.

On August 19th, 2025, HSI UCA 145 received a text from the user of PTN-3467 and was told to contact him on a different cellular number, XXX-XXX-7980 (hereinafter referred to as PTN-7980). Investigating agents conducted a brief search of Craigslist using PTN-7980 as a search nexus and discovered a Craigslist advertisement requesting drivers initially posted on August 8th, 2025.

On August 21st, 2025, at approximately 1:50 PM, UCA 145 was contacted by the user of PTN-7980 and instructed to be ready. UCA 145 and his partner UCA 124 were then sent coordinates to an area known as the "58 cut" on the State Route 94 in eastern San Diego, CA. This is a known pickup spot utilized by smugglers because of it's proximity to the international border and its easy egress to interstate 8.

Once at the "58 cut" agents successfully picked up one female, Joana Celene MORA-Chavez, determined to be a national of Mexico without immigration documents allowing her to be in the United States legally.

While traveling north near the San Clemente checkpoint UCA's were sent an Apple payment of $50.00 United States Dollars (USD) for gas from a subject known to investigating agents as defendant, Geovanny Enrique GARCIA-Garcia.

UCA's were then instructed by GARCIA to drive to a Starbucks located at 1630 Chapman Avenue in Orange County, CA. At approximately 7:26 PM UCA's arrived at Starbucks and were told by GARCIA he would be arriving in a Mazda. At approximately 7:35 PM a small Mazda CX5 arrived and parked in a spot adjacent to the UCA's on the west side. GARCIA greeted the UCA's and paid them $400.00 USD and placed the undocumented Mexican female into his Mazda. GARCIA was then arrested by agents and transferred to the Brown Field Border Patrol station for booking and statements.

GARCIA was Mirandized and chose to speak to agents without an attorney being present. GARCIA stated he was working for a subject he knows as "Danny". GARCIA was shown a photographic lineup marked Exhibit A. GARCIA positively identified photo number 3 as

**CONTINUATION OF COMPLAINT:**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Geovany Enrique GARCIA-Garcia**

Danny. Photo 3 is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. GARCIA stated he was picking up the undocumented Mexican female at the behest of ▮▮▮▮▮▮ and that he had been working for him for approximately 1 ½ years at a bar he owned called Sugars Bikini Bar in Anaheim, CA.

On August 21, 2025, Border Patrol Agents (BPA) R. Navarro and B. Moretti were performing their assigned duties as members of the San Diego Sector Border Patrol Targeting Unit. Both Agents were a part of a targeted undercover operation with the goal of picking up illegal aliens and delivering them to a smuggling coordinator in Orange County, California. This operation consisted of Agents from the United States Border Patrol (USBP) and Homeland Security Investigations (HSI). Both BPAs were part of a group chat which would inform them of the actions and intentions of Homeland Security Investigations Undercover Special Agents (UCA) during the course of this operation.

During the course of the day, the BPAs were informed that the UCAs had successfully picked up an illegal alien (later identified as material witness Joana Celene MORA-Chavez) near Tecate, California. The UCAs were instructed to meet with the smuggling coordinator at a given address in Orange, California to transfer MORA to the coordinator and receive payment for the smuggling event. The BPAs arrived to the address (a Starbucks coffee shop) ahead of the UCAs. The UCAs arrived to the Starbucks parking lot and informed the BPAs that the smuggling coordinator had informed them that he would arrive shortly in a Mazda. Shortly after, a grey Mazda SUV parked next to the UCAs vehicle. A subject later identified as the defendant Geovany Enrique GARCIA-Garcia, exited the Mazda and paid the UCAs $400 USD for the smuggling event. Once UCAs received the money from GARCIA, Agents from USBP and HSI advanced to arrest GARCIA. Agent Navarro identified himself as law enforcement while wearing his agency issued body armor with his Border Patrol badge displayed. At approximately 7:37 PM Agent Navarro arrested GARCIA. Agent Moretti then removed MORA from the rear seat of the Mazda, identified himself as a United States Border Patrol Agent, and conducted an immigration inspection. MORA admitted to being a citizen of Mexico illegally present in the United States. At approximately 7:37 PM, Agent Moretti placed MORA under arrest for being illegally present in the United States.

Geovany Enrique GARCIA-Garcia was read his Miranda rights and stated that he understood her rights and was willing to speak without a lawyer present.

GARCIA stated that he was being paid $400 USD to pick up an individual at a Starbucks located in Orange, California. He stated that he paid a white male $450 USD for bringing the

**CONTINUATION OF COMPLAINT:**

**Geovany Enrique GARCIA-Garcia**

individual to him after they were smuggled into the United States. GARCIA also admitted that this was his second time he had done this. He stated that he was paid $400 USD for the previous event.

Material witness Joana Celene MORA Chavez stated that she is a citizen of Mexico without immigration documents allowing him to enter or remain in the United States legally. MORA stated that she made smuggling arrangements prior to crossing and was to pay $8,000 USD if successfully smuggled into the United States.

MORA stated that she illegally crossed into the United States on August 19, 2025. She stated that a smuggler guided her for two days until they reached the intended pick-up location. She stated that she was in the vehicle for approximately three hours before being arrested.

## USAO INTAKE INFORMATION RAP SHEET

First: Geovany      Mid. Enrique      Last: GARCIA      Garcia

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| 4/13/2021 | CASC FULLERTON #20NM11245 | CNT:01 23152(A) VC-DUI ALCOHOL, CNT:02 23152(B) VC-DUI ALCOHOL/0.08 PERCENT(M) | 3 YEARS PROBATION | |
| | | ON PAROLE/PROBATION | | |
| | | TOTAL POINTS | | |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | DEPORTATIONS | | |
| | | DATE OF MOST RECENT DEPORTATION (PHYSICAL REMOVAL) | | |
| | | DATE OF ORDER OF FIRST DEPORTATION | | |

# DEFENDANT LOCATOR FORM

Name of Defendant: __GARCIA-Garcia, Geovany Enrique__   DOB: _____

Date of Arrest: __08/21/2025__   Time of Arrest: __7:37 PM__

Arresting Agent/Agency: __USBP - San Diego__

Country of Citizenship: __Nicaragua__   (If "Other", enter citizenship)

Immigration Status: __LAPR__   (If "Other", enter status)

## MCC Information

Reservation no.: __#28__   or Window Time: __0800__

Date of Booking: __8/22/2025__   Booking Number: _____

## Other Booking Facility Information

(GEO, CCA, Juvenile Hall, State or County facility)

Facility: _____   Arrival Date: _____   Temporary Stay: **Yes** or **No**

## Hospitalized Defendant Information

Name of Medical Center: _____

Date of Hospital Admittance: _____   Time: _____

Reason for Hospitalization: _____

Expected Date of Discharge (Approx. if known) _____

# MATERIAL WITNESS LOCATOR FORM

Name of Material Witness: __MORA-Chavez, Joana__   DOB: _____

Date of Arrest: __08/21/2025__   Time of Arrest: __7:37 PM__

Arresting Agent/Agency: __USBP-San Diego__

Country of Citizenship: __Mexico__   (If "Other", enter citizenship)

Immigration Status: __Illegal__   (If "Other", enter status)

## MCC Information

Reservation no.: _____   or Window Time: _____

Date of Booking: _____   Booking Number: _____

## Other Booking Facility Information

(GEO, CCA, Juvenile Hall, State or County facility)

Facility: _____   Arrival Date: _____   Temporary Stay: **Yes** or **No**

## Hospitalized Material Witness Information

Name of Medical Center: _____

Date of Hospital Admittance: _____   Time: _____

Reason for Hospitalization: _____

Expected Date of Discharge (Approx. if known) _____